In the Matter of the Claim of MARIE LOISCONO, Respondent, against COLUMBIA ROPE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of MAX LICHTEN, Respondent, against I. BERMAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of CATHERINE RODDEN, Respondent, against J. A. MAHLSTEDT LUMBER AND COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of CARRIE CLABAUGH, Widow, and GARHEART CLA-BAUGH, Dependent Father, Respondents, against HOWITT-WOOD RADIO CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of HUGH KELLY, Respondent, against LICHT REALTY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.